HERMANN NORDEN et al., Respondents, *v.* BRODIE L. DUKE, Appellant.

*Norden* v. *Duke*, 129 App. Div. 158, affirmed.
(Argued March 17, 1910; decided April 5, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

December 22, 1908, modifying and affirming as modified a judgment in favor of plaintiffs entered upon a verdict and affirming an order denying a motion for a new trial in an action to recover a loss alleged to have been sustained by plaintiffs as stockbrokers in buying and selling cotton for defendant's account.

*David L. Podell* and *Max D. Steuer* for appellant.

*Edmund L. Mooney* and *Frederick A. Card* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Dissenting: CHASE, J.